Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
07 NOV -7 PM 3: 58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| William R. Jaworski, d/b/a Great Northern Engineering, on behalf of himself and all others similarly situated,<br><br>vs.<br><br>Arkansas Best Corporation, Abf Freight System, Inc., Averitt Express, Inc., Con-Way Inc., Con-Way Freight Inc., Estes Express Lines, FedEx Corporation, Old Dominion Freight Line, Inc., Saia, Inc., Saia Motor Freight Line LLC, United Parcel Service, Inc., and YRC Worldwide, Inc. | **SUMMONS IN A CIVIL ACTION**<br>Case No. 07 CV-2103 L (AJB) |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

11/7/07
DATE

By _____ ,Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)