```
EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
CLARISSA E. RILEY (239628)
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone:  (619) 237-9500
Facsimile:  (619) 237-9555

HEINS MILLS & OLSON, PLC
VINCENT J. ESADES
SCOTT W. CARLSON
3550 IDS Center
80 South 8th Street
Minneapolis, MN
Tel:  (612) 338-4605
Fax:  (612) 338-4692

CHRISTIAN SANDE LLC
CHRISTIAN M. SANDE, #026474X
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
Tel:  (612) 387-1430
Fax:  (612) 677-3078

Attorneys for Plaintiff WILLIAM R. JAWORSKI, d/b/a GREAT
NORTHERN ENGINEERING
```

FILED
07 NOV -7 PM 3:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:       CP       DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. JAWORSKI, d/b/a GREAT NORTHERN ENGINEERING, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, INC., CON-WAY INC., CON-WAY FREIGHT INC., ESTES EXPRESS LINES, FEDEX CORPORATION, OLD DOMINION FREIGHT LINE, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE, INC.,<br><br>              Defendants. | Case No. 07 CV-2103 L (AJB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASES**<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF RELATED CASES

CR

1  TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that pursuant to Local Rule 40.1(e) and (f) of this Court, Plaintiff's counsel in the above-titled litigation hereby file this Notice of Related Cases. Plaintiff's counsel is unaware of any related cases that are not currently on the Judicial Panel's MDL Case Listing Report and counsel has no newly-filed cases to report pursuant to Jeffery N. Lüthi's October 23, 2007 letter (attached as Exhibit A). However, several of the cases on the Case Listing Report are pending in the Southern District of California. Assignment of the present case to the same judge and magistrate presiding over the cases pending in the Southern District of California would effect a savings of judicial effort and other economies as they involve many of the same defendants, events, facts, questions of law, and are based on similar claims.

WHEREFORE, Plaintiff requests:

1. That this action, *William R. Jaworski, d/b/a Great Northern Engineering v. Arkansas Best Corporation*, be assigned to the Honorable Roger T. Benitez and the Honorable Ruben B. Brooks, the Judge and Magistrate assigned to *Farm Water Technological Services, Inc. v. Arkansas Best Corporation* (Civil No. 07-1389), *Niagara Frontier Distribution, Inc. v. Arkansas Best Corp* (Civil No. 07-1728), *Dad's Products Co., Inc. v. Arkansas Best Corporation* (Civil No. 07-1765), *Hitch-It, Inc. v. Arkansas Best Corporation* (Civil No. 07-1901), *Polymerics v. Arkansas Best Corporation* (Civil No. 07-1902), and *Don Walter Kitchen Distributors, Inc. v. Arkansas Best Corporation* (Civil No. 07-1939), all currently pending in the Southern District of California; and

2. That all subsequent related actions be assigned to the Honorable Roger T. Benitez and the Honorable Ruben B. Brooks.

DATED: November 7, 2007

Respectfully submitted by:
GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

Clarissa E. Riley

1

NOTICE OF RELATED CASES
CASE NO. 07 CV-2130 L (AJB)

| | |
|---|---|
| 1 | 655 West Broadway, Suite 1410 |
| 2 | San Diego, CA 92101 |
| 3 | Vincent J. Esades |
| | Scott W. Carlson |
| 4 | HEINS MILLS & OLSON P.L.C. |
| | 3550 IDS Center |
| 5 | 80 South Eighth Street |
| | Minneapolis, MN  55402 |
| 6 | Christian M. Sande, #026474X |
| | CHRISTIAN SANDE LLC |
| 7 | 2751 Hennepin Avenue South, No. 232 |
| | Minneapolis, MN 55408-1002 |
| 8 | |
| 9 | Attorneys for Plaintiff WILLIAM R. JAWORSKI, d/b/a GREAT NORTHERN ENGINEERING |

2

NOTICE OF RELATED CASES
CASE NO. 07 CV-2130 L (AJB)

Exhibit A

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

October 23, 2007

ALL INVOLVED COUNSEL

Re: MDL No. 1895 -- IN RE: LTL Shipping Services Antitrust Litigation

Dear Counsel:

Recently we have received several filings with Notices/Schedules of Related Actions in the above referenced MDL Docket. Many of the schedules contain case information of which the Panel is already aware. In the future, please include only new actions on your Notices and/or Schedules. For your convenience, I have enclosed the most recent case listing report which indicates all the cases of which the Panel is currently aware.

Please review this report when preparing future notices to the Panel and only report newly filed cases on subsequent notices. Going forward, I also ask that you sort your schedule by District/Civil Action numbers rather than alphabetically. (*See* the attached report for the requested format.) This will greatly speed up the case maintenance processing at the Panel offices.

Panel Rule 5.2(a) requires that responses to motions be served on ALL parties in ALL actions. An **ORIGINAL and FOUR** copies of all pleadings, as well as a **COMPUTER READABLE DISK** of the pleading in WordPerfect for Windows format.

(d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the **"Panel Service List" shall be attached to the proof of service** and shall be supplemented in the proof of service in the event of the presence of additional parties or successor counsel.

I have attached a copy of the Panel Attorney Service list for your convenience.

If you need any assistance, do not hesitate to call the telephone number indicated above. Your assistance is greatly appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Tanisha Spinner*
Tanisha Spinner
Deputy Clerk

Enclosure