1  EDWARD M. GERGOSIAN (105679)
   ROBERT J. GRALEWSKI, JR. (196410)
2  CLARISSA E. RILEY (239628)
   GERGOSIAN & GRALEWSKI LLP
3  655 West Broadway, Suite 1410
   San Diego, CA 92101
4  Telephone:  (619) 237-9500
   Facsimile:  (619) 237-9555
5
   HEINS MILLS & OLSON, PLC
6  VINCENT J. ESADES
   SCOTT W. CARLSON
7  3550 IDS Center
   80 South 8th Street
8  Minneapolis, MN
   Tel: (612) 338-4605
9  Fax: (612) 338-4692

10 CHRISTIAN SANDE LLC
   CHRISTIAN M. SANDE, #026474X
11 2751 Hennepin Avenue South, No. 232
   Minneapolis, MN 55408
12 Tel: (612) 387-1430
   Fax: (612) 677-3078
13
   Attorneys for Plaintiff
14

15              UNITED STATES DISTRICT COURT
16
17          SOUTHERN DISTRICT OF CALIFORNIA

18 WILLIAM R. JAWORSKI, d/b/a GREAT          Case No. 07-CV-2103 L (AJB)
   NORTHERN ENGINEERING, on behalf of
19 himself and all others similarly situated,     **CLASS ACTION**

20              Plaintiff,                        **NOTICE OF PARTY WITH
                                                  FINANCIAL INTEREST**
21     v.
                                                  (LOCAL RULE 40.2)
22 ARKANSAS BEST CORPORATION,
   ABF FREIGHT SYSTEM, INC.,                      **JURY TRIAL DEMANDED**
23 AVERITT EXPRESS, INC., CON-WAY
   INC., CON-WAY FREIGHT INC., ESTES
24 EXPRESS LINES, FEDEX
   CORPORATION, OLD DOMINION
25 FREIGHT LINE, INC., SAIA, INC., SAIA
   MOTOR FREIGHT LINE LLC, UNITED
26 PARCEL SERVICE, INC., and YRC
   WORLDWIDE, INC.,
27
28              Defendants.

                                                  NOTICE OF PARTY WITH FINANCIAL INTEREST

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES

2    AND THEIR COUNSEL OF RECORD:

3         1.    PLEASE TAKE NOTICE that pursuant to Local Rule 40.2 of this Court, counsel

4    of record for Plaintiff A&A Beauty Supply, Inc. certify that no entities other than plaintiff have

5

6    a financial interest in the outcome of this case. These representations are made to enable the

7    Court to evaluate possible disqualification or recusal.

8    DATED: November 9, 2007                    Respectfully submitted by:

9                                              GERGOSIAN & GRALEWSKI LLP
                                               Edward M. Gergosian
10                                             Robert J. Gralewski, Jr.
                                               Clarissa E. Riley
11

12                                             _____
                                               Robert J. Gralewski, Jr.
13
                                               655 West Broadway, Suite 1410
14                                             San Diego, CA 92101

15                                             HEINS MILLS & OLSON P.L.C.
                                               Vincent J. Esades
16                                             Scott W. Carlson
                                               3550 IDS Center
17                                             80 South Eighth Street
                                               Minneapolis, MN 55402
18
                                               Christian M. Sande, #026474X
19                                             CHRISTIAN SANDE LLC
                                               2751 Hennepin Avenue South, No. 232
20                                             Minneapolis, MN 55408-1002

21                                             Attorneys for Plaintiff

22

23

24

25

26

27

28

1

1    **CERTIFICATE OF SERVICE**

2

3         I, Johanna Cervantes, declare as follows:

4         I am at least 18 years of age, and not a party to this action. My business address is 655

5    West Broadway, Suite 1410, San Diego, California 92101.

6    On November 9, 2007, the following document was filed electronically with the Clerk of Court

7    via ECF and the ECF will send an electronic notice to all parties registered for electronic filing

8    in this case:

9    **NOTICE OF PARTY WITH FINANCIAL INTEREST**

10        I declare under penalty of perjury under the laws of the State of California that the

11   foregoing is true and correct.

12

13   DATED: November 9, 2007

                                                    Johanna Cervantes
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28