EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
CLARISSA E. RILEY (239628)
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone:  (619) 237-9500
Facsimile:   (619) 237-9555

HEINS MILLS & OLSON, PLC
VINCENT J. ESADES
SCOTT W. CARLSON
3550 IDS Center
80 South 8th Street
Minneapolis, MN
Tel:  (612) 338-4605
Fax: (612) 338-4692

CHRISTIAN SANDE LLC
CHRISTIAN M. SANDE, #026474X
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
Tel:  (612) 387-1430
Fax: (612) 677-3078

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. JAWORSKI, d/b/a GREAT NORTHERN ENGINEERING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, INC., CON-WAY INC., CON-WAY FREIGHT INC., ESTES EXPRESS LINES, FEDEX CORPORATION, OLD DOMINION FREIGHT LINE, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE, INC.,<br><br>Defendants. | Case No. 07-CV-2103 L (AJB)<br><br>**CLASS ACTION**<br><br>**WILLIAM R. JAWORSKI'S F.R.C.P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| 1 | Pursuant to F.R.C.P. 7.1, Plaintiff William R. Jaworski, d/b/a Great Northern Engineering discloses as of this date in the above-captioned case as that it is not a publicly-held entity, it has no parent corporation, and no publicly-traded entities own more than 10% of William R. Jaworski. These representations are made to enable the Court to evaluate disqualification or recusal. |

DATED: November 9, 2007

Respectfully submitted by:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

_____
Robert J. Gralewski, Jr.

655 West Broadway, Suite 1410
San Diego, CA 92101

HEINS MILLS & OLSON P.L.C.
Vincent J. Esades
Scott W. Carlson
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Christian M. Sande, #026474X
CHRISTIAN SANDE LLC
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408-1002

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On November 9, 2007, the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**WILLIAM R. JAWORSKI'S F.R.C.P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 9, 2007

_____
Johanna Cervantes

CERTIFICATE OF SERVICE
Case No. 07-cv-2103 L (AJB)