| | |
|---|---|
| 1 | EDWARD M. GERGOSIAN (105679) |
| | ROBERT J. GRALEWSKI, JR. (196410) |
| 2 | CLARISSA E. RILEY (239628) |
| | GERGOSIAN & GRALEWSKI LLP |
| 3 | 655 West Broadway, Suite 1410 |
| | San Diego, CA 92101 |
| 4 | Telephone:  (619) 237-9500 |
| | Facsimile:   (619) 237-9555 |
| 5 | |
| | HEINS MILLS & OLSON, PLC |
| 6 | VINCENT J. ESADES |
| | SCOTT W. CARLSON |
| 7 | 3550 IDS Center |
| | 80 South 8th Street |
| 8 | Minneapolis, MN |
| | Tel: (612) 338-4605 |
| 9 | Fax: (612) 338-4692 |
| 10 | CHRISTIAN SANDE LLC |
| | CHRISTIAN M. SANDE, #026474X |
| 11 | 2751 Hennepin Avenue South, No. 232 |
| | Minneapolis, MN 55408 |
| 12 | Tel: (612) 387-1430 |
| | Fax: (612) 677-3078 |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | WILLIAM R. JAWORSKI, d/b/a GREAT NORTHERN ENGINEERING, on behalf of himself and all others similarly situated, | Case No. 07-CV-2103 L (AJB) |
| 19 | | **CLASS ACTION** |
| 20 | Plaintiff, | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| 21 | v. | |
| 22 | ARKANSAS BEST CORPORATION, ABF FREIGHT SYSTEM, INC., AVERITT EXPRESS, INC., CON-WAY INC., CON-WAY FREIGHT INC., ESTES EXPRESS LINES, FEDEX CORPORATION, OLD DOMINION FREIGHT LINE, INC., SAIA, INC., SAIA MOTOR FREIGHT LINE LLC, UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE, INC., | (LOCAL RULE 40.2) |
| 23 | | **JURY TRIAL DEMANDED** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

1. PLEASE TAKE NOTICE that pursuant to Local Rule 40.2 of this Court, counsel of record for Plaintiff William R. Jaworski, d/b/a Great Northern Engineering certify that no entities other than plaintiff have a financial interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: November 9, 2007

Respectfully submitted by:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

_____
Robert J. Gralewski, Jr.

655 West Broadway, Suite 1410
San Diego, CA 92101

HEINS MILLS & OLSON P.L.C.
Vincent J. Esades
Scott W. Carlson
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Christian M. Sande, #026474X
CHRISTIAN SANDE LLC
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408-1002

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On November 9, 2007, the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 9, 2007

*/s/ Johanna Cervantes*
Johanna Cervantes

CERTIFICATE OF SERVICE
Case No. 07-cv-2103 L (AJB)