A CERTIFIED TRUE COPY

JAN 1 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

07CV2103 BEN (RBB)

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

(SEE ATTACHED SCHEDULE)

MDL No. 1895

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 17 2008

JAMES N. HATTEN, CLERK
By _____ Deputy Clerk

## CONDITIONAL TRANSFER ORDER (CTO-1)

On December 20, 2007, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William S. Duffey, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Duffey.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 20, 2007, and, with the consent of that court, assigned to the Honorable William S. Duffey, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 28 2008

James N. Hatten, Clerk
By _____ Deputy Clerk

Page 1 of 2

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

ALABAMA NORTHERN
  ALN  6  07-1817      Mike Freeman Chevrolet-Buick, Inc. v. AAA Cooper Transportation, et al.

CALIFORNIA CENTRAL
  CAC  2  07-6792      The Harman Press v. AAA Cooper Transportation, et al.
  CAC  5  07-1411      Soup Bases Loaded, Inc. v. AAA Cooper Transportation, et al.

CALIFORNIA NORTHERN
  CAN  3  07-5369      Pacific Coast Systems v. YRC Worldwide, Inc., et al.
  CAN  3  07-5757      Douglas & Sturgess, Inc. v. Arkansas Best Corp., et al.
  CAN  3  07-6276      Fayus Inc. v. Arkansas Best Corp., et al.

CALIFORNIA SOUTHERN
  CAS  3  07-1812      Slater/Marinoff & Co. v. Arkansas Best Corp., et al.
  CAS  3  07-1862      Andrea May v. United Parcel Service, Inc., et al.
  CAS  3  07-1901      Hitch-It, Inc. v. Arkansas Best Corp., et al.
  CAS  3  07-1902      Polymerics Inc. v. Arkansas Best Corp., et al.
  CAS  3  07-1939      Don Walter Kitchen Distributors, Inc. v. Arkansas Best Corp., et al.
  CAS  3  07-2103      William R. Jaworski, etc. v. Arkansas Best Corp., et al.
  CAS  3  07-2118      Freeman Industries, LLC v. Arkansas Best Corp., et al.

DISTRICT OF COLUMBIA
  DC  1  07-1780      Atlantis Caribbean Chemical Corp. v. AAA Cooper Transportation, et al.
  DC  1  07-1803      Zaza, Inc. v. AAA Cooper Transportation, et al.
  DC  1  07-1827      Alternative Rubber & Plastics, Inc. v. AAA Cooper Transportation, et al.
  DC  1  07-1885      Thompson Trading Co. v. AAA Cooper Transportation, et al.
  DC  1  07-1886      NuTex Manufacturing Co., LLC v. AAA Cooper Transportation, et al.
  DC  1  07-1920      BB Limited v. YRC Worldwide, Inc., et al.
  DC  1  07-1926      Precix, Inc. v. AAA Cooper Transportation, et al.
  DC  1  07-1927      Ben Pearson Archery Co., Inc. v. AAA Cooper Transportation, et al.
  DC  1  07-1937      Brewton Enterprises, Inc. v. AAA Cooper Transpiration, et al.

## MDL No. 1895 - Schedule CTO-1 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**  **CASE CAPTION**

MAINE
- ME  2  07-179  Casco Bay Imports, Inc., etc. v. Arkansas Best Corp., et al.
- ME  2  07-190  Kraft Chemical Co. v. AAA Cooper Transportation, et al.
- ME  2  07-201  M&J Communications, Inc. v. AAA Cooper Transportation, et al.

MICHIGAN EASTERN
- MIE  5  07-14022  D's Pet Supplies, Inc. v. Southern Motor Carriers Rate Conference, Inc., et al.

NEW JERSEY
- NJ  1  07-4513  PCM Co. v. Arkansas Best Corp., et al.
- NJ  1  07-4650  Champion Parts, Inc. v. Arkansas Best Corp., et al.
- NJ  1  07-4759  The Classy Cook, etc. v. Arkansas Best Corp., et al.

PENNSYLVANIA EASTERN
- PAE  2  07-3895  Millenium Homes Realty, LLC v. Arkansas Best Corp., et al.

TENNESSEE MIDDLE
- TNM  3  07-1123  Shreeji International Market v. AAA Cooper Transportation, et al.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
P.O. BOX 939
ATLANTA, GEORGIA 30264

**JAMES N. HATTEN**
CLERK OF COURT

CIVIL SECTION
404-215-1655

February 19, 2008

United States District Court
Southern District of California
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, California 92101

    Re:    Your Case Nos. 3;07-1812, 3:07-1862, 3:07-1901, 3:07-1902, 3:07-1939, 3:07-2103, and 3:07-2118; also 3:07-2161, 3:07-2162, and 3:07-2166

Dear Sir.Madam:

    Enclosed please find a certified copy of two orders from the MDL Panel regarding the above-referenced cases.

    Pursuant to the MDL order, please forward these files to our office. You may send them electronically through the ECF system. If your Court is not currently using the electronic system, you may send the files in paper for inclusion in MDL #1895.

    Thank you for your attention to this matter. If you have any questions or comments, please feel free to contact me at the phone number listed on this correspondence.

    Sincerely,

    James N. Hatten
    Clerk of Court

    By: <u>Karen Thornton</u>
    Deputy Clerk

Enclosures